**STATE of Missouri, Respondent,**

v.

**Curtis D. BRADLEY, Appellant.**

**No. WD 76088.**

Missouri Court of Appeals, Western District.

June 17, 2014.

Ruth Sanders, Kansas City, MO, for Appellant.

Andrew Hooper, Jefferson City, MO, for Respondent.

Before Division Three: MARK D. PFEIFFER, P.J., THOMAS H. NEWTON, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Mr. Curtis D. Bradley appeals his convictions of second-degree murder, § 565.021, first-degree assault, § 565.050, second-degree assault, § 565.060, and three counts of armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).